## Eli Metcoff, Appellant, v. Newton C. Farr et al., Appellees.

### Gen. No. 43,674.

opinion filed February 5, 1947; opinion modified and rehearing denied February 21, 1947; released for publication February 21, 1947. Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Rathje, Hinckley, Kulp & Sabel and Hirsch E. Soble, for appellees; Hirsch E. Soble, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.**